UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DR. STANLEY M. BERRY, | Case No. 23-cv-10981-JJCG-KGA |
| Plaintiff, | Hon. Jonathan J.C. Grey |
| v. | Magistrate Kimberly B. Altman |
| BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY, DR. SATINDER KAUR, in her Individual capacity, DR. PATRICIA WILKERSON-UDDYBACK, in her Individual capacity, and DR. WAEL SAKR, in his individual and official Capacities, | |
| Defendants. | |
| _____/ | |

## STIPULATED ORDER FOR EXTENSION OF TIME

This matter having come before the Court upon stipulation of Plaintiff Dr. Stanley M. Berry and Defendant Dr. Patricia Wilkerson-Uddyback, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Dr. Patricia Wilkerson-Uddyback is granted a two-week extension of time to respond and/or answer Plaintiff's Complaint and Jury Demand (Doc. #1), up to and including July 31, 2023.

**SO ORDERED**.

Dated: July 11, 2023

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

So Stipulated:

/s/ *Amanda M. Ghannan*
(w/permission)
Amanda M. Ghannam (P83065)
NACHTLAW, P.C.
2921 E. Jefferson Ave., Suite 102
Detroit, MI 48207
734.663.7550
aghannam@nachtlaw.com

and

William Goodman
GOODMAN HURWITZ & JAMES, P.C.
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170
bgoodman@goodmanhurwitz.com

*Counsel for Plaintiff Dr. Stanley M. Berry*

/s/ *Benjamin W. Jeffers*
Benjamin W. Jeffers (P57161)
HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
313.964.8600
bjeffers@hhbjs.com
*Counsel for Defendant Dr. Patricia Wilkerson-Uddyback*

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2023.

                                        s/ S. Osorio
                                        Sandra Osorio
                                        Case Manager