UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. STANLEY M. BERRY,

        Plaintiff,                       Case No. 23-cv-10981
                                               Hon. Jonathan J.C. Grey

v.

BOARD OF GOVERNORS OF WAYNE STATE
UNIVERSITY, DR. SATINDER KAUR, in her
individual capacity, DR. PATRICIA WILKERSON-UDDYBACK,
in her individual capacity, and DR. WAEL SAKR,
in his individual and official capacities,

        Defendants.
_____/

## **STIPULATED ORDER ADJOURNING DATES**

This matter is before the Court upon stipulation of the parties, who seek to adjourn the dispositive motion deadline and the deadline to file any motion to compel discovery in this matter. The parties represent that they have been working collaboratively to resolve scheduling conflicts and other discovery matters and have agreed to adjourn the dispositive motion deadline and the deadline to file motions to compel discovery to allow sufficient time to resolve discovery disputes and complete depositions.

The Court, having considered the parties' stipulation and finding good cause for the relief requested, hereby **ORDERS** that the scheduling order dates are **EXTENDED** as follows:

*Previous Dispositive Motion Deadline*: January 15, 2025

*New Dispositive Motion Deadline*: February 28, 2025

*Previous Motion to Compel Discovery Filing Deadline*: December 15, 2024

*New Motion to Compel Discovery Filing Deadline*: January 31, 2025

**SO ORDERED**

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

Dated: December 16, 2024

Undersigned counsel stipulates to the entry of the above order:

s/ *Amanda M. Ghannam*
  Amanda M. Ghannam (P83065)
  Schulz Ghannam PLLC
  645 Griswold St., Suite 4100
  Detroit, MI 48226
  (313) 788-7446
  amanda@michiganworkerlaw.com
  Counsel for Plaintiff

/s/ *Brett J. Miller (w/ permission)*
Brett J. Miller (P68612)
Butzel Long, P.C.
150 West Jefferson Avenue, Suite 100
313-225-7000
millerbr@butzel.com
Counsel for Defendants Board of Governors of Wayne State University, Dr. Satinder Kaur, and Dr. Wael Sakr

/s/ *Benjamin W. Jeffers (w/ permission)*
Benjamin W. Jeffers (P57161)
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
313-964-8600
Bjeffers@hhbjs.com
Counsel for Defendant Dr. Patricia Wilkerson-Uddyback

Dated: December 12, 2024

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 16, 2024.

**s/ S. Osorio**
Sandra Osorio
Case Manager
