# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DR. STANLEY M. BERRY,

    Plaintiff,

v.

BOARD OF GOVERNORS OF
WAYNE STATE UNIVERSITY,
DR. SATINDER KAUR, in her
individual capacity, DR. PATRICIA
WILKERSON-UDDYBACK, in her
individual capacity, and DR. WAEL
SAKR, in his individual and official capacities,

    Defendants.
_____/

Case No. 23-10981
Hon. Jonathan J.C. Grey

## STIPULATED ORDER EXTENDING DISPOSITIVE MOTION CUTOFF

This matter is before the Court upon stipulation of the parties, who seek to extend the dispositive motion deadline in this matter in order to complete discovery depositions that are noticed and pending including a deposition scheduled on February 25, 2025.

The Court, having considered the parties' stipulation and finding good cause for the relief requested, hereby **ORDERS** that the dispositive

motion deadline is **EXTENDED from February 28, 2025 to April 11, 2025**.

SO ORDERED.

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

Dated: February 24, 2025

STIPULATED AND AGREED TO BY:

/s/ Amanda M. Ghannam (w/permission)
Amanda M. Ghannam (P83065)
Schulz Ghannam PLLC
645 Griswold St., Suite 4100
Detroit, MI  48226
(313) 788-7446
amanda@michiganworkerlaw.com
Counsel for Plaintiff


/s/ Brett J. Miller
Brett J. Miller (P68612)
Butzel Long, a professional corporation
150 West Jefferson Avenue, Suite 100
(313) 225-7000
millerbr@butzel.com
Counsel for Defendants Board of Governors
of Wayne State University, Dr. Satinder
Kaur, and Dr. Wael Sakr

/s/ Benjamin W. Jeffers (w/permission)
Benjamin W. Jeffers (P57161)
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
1 Woodward Avenue, Suite 2000
Detroit, MI  48226
(313) 964-8600
bjeffers@hhbjs.com
Counsel for Defendant Dr. Patricia Wilkerson-Uddyback

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 24, 2025.

                                        s/ **S. Osorio**
                                        Sandra Osorio
                                        Case Manager