UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. STANLEY M. BERRY,

        Plaintiff,                        Case No. 23-cv-10981
                                                Hon. Jonathan J.C. Grey

v.

BOARD OF GOVERNORS OF WAYNE STATE
UNIVERSITY, DR. SATINDER KAUR, in her
individual capacity, DR. PATRICIA WILKERSON-UDDYBACK,
in her individual capacity, and DR. WAEL SAKR,
in his individual and official capacities,

        Defendants.

| | |
|---|---|
| Amanda M. Ghannam (P83065)<br>Schulz Ghannam PLLC<br>645 Griswold St., Suite 4100<br>Detroit, MI 48226<br>(313) 788-7446<br>amanda@michiganworkerlaw.com<br>Counsel for Plaintiff | Brett J. Miller (P68612)<br>Butzel Long, P.C.<br>150 West Jefferson Avenue, Suite 100<br>313-225-7000<br>millerbr@butzel.com<br>Counsel for Defendants Board of Governors of Wayne State University, Dr. Satinder Kaur, and Dr. Wael Sakr<br><br>Benjamin W. Jeffers (P57161)<br>Hickey Hauck Bishoff Jeffers & Seabolt, PLLC<br>1 Woodward Avenue, Suite 2000<br>Detroit, MI 48226<br>313-964-8600<br>Bjeffers@hhbjs.com<br>Counsel for Defendant Dr. Patricia Wilkerson-Uddyback |

**STIPULATED ORDER ADJOURNING RESPONSE DATES**

This matter is before the court upon stipulation of the parties. Good cause exists to adjourn the deadline to respond to Defendants' Motions for Summary Judgment. Because Plaintiff has two different Motions for Summary Judgment to respond to and will be out of town with a previous commitment during the first week of May, the parties have agreed to stipulate to additional time for Plaintiff to respond to Defendants' Motions.

Therefore, **IT IS HEREBY ORDERED** that the scheduling order dates are adjourned as follows:

*Previous Dispositive Motion Response Deadline*: May 2, 2025

*New Dispositive Motion Deadline*: May 30, 2025

**SO ORDERED**.

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

Dated: April 18, 2025

Undersigned counsel stipulates to the entry of the above order:

s/ *Amanda M. Ghannam*

Amanda M. Ghannam (P83065)
Schulz Ghannam PLLC
645 Griswold St., Suite 4100
Detroit, MI 48226
(313) 788-7446
amanda@michiganworkerlaw.com
Counsel for Plaintiff

/s/ *Brett J. Miller (w/ permission)*
Brett J. Miller (P68612)
Butzel Long, P.C.
150 West Jefferson Avenue, Suite 100
313-225-7000
millerbr@butzel.com
Counsel for Defendants Board of Governors of Wayne State University, Dr. Satinder Kaur, and Dr. Wael Sakr

/s/ *Benjamin W. Jeffers (w/ permission)*
Benjamin W. Jeffers (P57161)
Hickey Hauck Bishoff Jeffers & Seabolt, PLLC
1 Woodward Avenue, Suite 2000
Detroit, MI 48226
313-964-8600
Bjeffers@hhbjs.com
Counsel for Defendant Dr. Patricia Wilkerson-Uddyback

Dated: April 16, 2024

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2025.

                                   s/ **S. Osorio**
                                   Sandra Osorio
                                   Case Manager